AO 450 (Rev. 01/09)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

ANTHONY HOLLAND
    Plaintiff

v.   Civil Action No. 3:21-cv-579

MIAMI CORRECTIONAL FACILITY

T CHRIS
*M.C.F. Ofc.*
    Defendant(s)

## JUDGMENT IN A CIVIL ACTION

The court has ordered that (*check one*):

☐ the Plaintiff(s),_____ recover from the Defendant(s)_____ damages in the amount of _____, plus post-judgment interest at the rate of ____ %

☐ the plaintiff recover nothing, the action is dismissed on the merits, and the defendant recover costs from the plaintiff _____

**X** Other:  This case is DISMISSED WITHOUT PREJUDICE.

This action was (*check one*):

☐ tried to a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

**X** decided by  Chief Judge Jon E. DeGuilio

DATE:   10/12/2021           GARY T. BELL, CLERK OF COURT

by   s/S. Kowalsky
*Signature of Clerk or Deputy Clerk*